No. 79–2068. THOMPSON *v.* MEDICAL LICENSING BOARD OF INDIANA ET AL. Ct. App. Ind. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 80–147. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL No. 627 *v.* GEORGE E. HOFFMAN & SONS, INC. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 80–259. RUTHERFORD ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Motion of American Cancer Society, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–266. HOWELL *v.* CITY OF BIRMINGHAM. Ct. Crim. App. Ala. Certiorari denied. JUSTICE BRENNAN, JUSTICE STEWART, and JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 80–275. DAVIS ET AL. *v.* WILLIAMS ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE STEWART would grant certiorari.